people of the state of New York, on the relation of Albert C. Weigand, against Jacob A. Cantor. No opinion. Motion granted, with $10 costs.

---

PERILLO, Respondent, v. SOCIETA LEGIONE GIUSEPPE GARIBALDI, Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1903.) Action by Teresina Perillo, as administratrix of the goods, chattels, and credits of Arsenio Perillo, deceased, against Societa Legione Giuseppe Garibaldi. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

PERKINS, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Walter C. Perkins against James B. Smith. No opinion. Motion denied.

---

PFEIFER, Respondent, v. SUPREME LODGE, BOHEMIAN BENEV. ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Mary Pfeifer, as administratrix, against the Supreme Lodge, Bohemian Benevolent Association. E. Hymes, for appellant. P. Jones, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

PHILLIPS et al. v. ALLEN. (Supreme Court, Appellate Division, Third Department. May 23, 1903.) Action by Morgan Phillips and another against Watson Allen. No opinion. Motion denied.

---

PHILLIPS et al., Respondents, v. STAGE, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Frederick Phillips and Thomas E. Taylor against Daniel Stage. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

PILTZ, Respondent, v. YONKERS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1903.) Action by Alexander F. Piltz against the Yonkers Railroad Company. No opinion. Appeal dismissed, without costs.

---

POILLON, Appellant, v. GERRY, Respondent. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Cornelius Poillon against Louisa M. Gerry. S. C. Mount, for appellant. W. H. Harris, for respondent. No opinion. Judgment and order affirmed, with costs.

---

POLSKY, Respondent, v. NEW YORK TRANSP. CO., Appellant. (Supreme Court,

Appellate Division, First Department. May 8, 1903.) Action by Abraham Polsky by guardian against the New York Transportation Company. R. G. Miller, for appellant. J. Rosenzweig, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

POLSKY, Appellant, v. NEW YORK TRANSP. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Abraham Polsky against the New York Transportation Company. J. Rosenzweig, for appellant. E. L. Richards, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

PREDMORE v. NEW YORK TRANSP. CO. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Henry S. Predmore against the New York Transportation Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

PRESCOTT v. LE CONTE. (Supreme Court, Appellate Division, First Department. June 12, 1903.) Action by Amos L. Prescott against Helen G. Le Conte. No opinion. Motion denied, with $10 costs.

---

In re PUBLIC PARK AT EAST SEVENTY-SIXTH ST. (Supreme Court, Appellate Division, First Department. June 5, 1903.) In the matter of public park at East Seventy-Sixth street. J. P. Dunn, for appellant. J. C. Shaw, for respondent. No opinion. Order affirmed, with costs.

---

In re PUTNAM et al. (two cases). (Supreme Court, Appellate Division, Second Department. June 5, 1903.) In the matter of the judicial settlement of the accounts of William Clement Putnam and George P. Putnam, executors and trustees of and under the last will and testament of Mary P. Bull, deceased. No opinion. Appeal withdrawn by consent, without costs.

---

QUEENS COUNTY WATER CO., Appellant, v. MONROE et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 19, 1903.) Action by the Queens County Water Company against Robert Grier Monroe and another. No opinion. Motion to resettle order denied.

---

RAYMOND, Appellant, v. SECURITY TRUST & LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Ralph Raymond against the Security Trust & Life Insurance Company. J. M. Goodale, for appellant.